IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-CR-266-D
No. 5:11-CV-480-D

| | | |
|---|---|---|
| ALTARIK ALSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The United States has withdrawn its opposition to Altarik Alston's motion to vacate his conviction [D.E. 71]. The court has reviewed the entire record and GRANTS the motion to vacate [D.E. 57]. Alston's conviction in this case [D.E. 45] is VACATED. The United States shall release Alston.

SO ORDERED. This 17 day of October 2012.

JAMES C. DEVER III
Chief United States District Judge